Submitted on record and briefs June 30, affirmed July 27, 2005

## STATE OF OREGON,
*Respondent,*

*v.*

## CASEY CHARLES CHAVEZ,
*Appellant.*

03C42504; A124103

117 P3d 309

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Mary-Shannon Storey, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder* and Schuman, Judges.

PER CURIAM

Affirmed. *State v. Brown,* 200 Or App 427, 115 P3d 254 (2005).

---

* Linder, J., *vice* Richardson, S. J.